**William M. ENDRES, Plaintiff–Appellant,**

v.

**Elena TOOTELL, Chief Medical Officer, San Quentin State Prison, individually and in her official capacity, Defendant–Appellee.**

No. 12–16641.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 5, 2013.

James V. Weixel, Jr., Weixel Law Office, San Francisco, CA, for Plaintiff–Appellant.

Harry T. Gower, III, AGCA–Office of the California Attorney General, Micah Charles Edmonds Osgood, California Department of Justice, San Francisco, CA, for Defendant–Appellee.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM **

William M. Endres, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Endres failed to raise a genuine dispute of material fact as to whether the delay he experienced in receiving surgery for his benign brain tumor led to increased suffering or further injury. *See id.* at 1058–59 (a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to the prisoner's health and safety); *Jett v. Penner,* 439 F.3d 1091, 1096 (9th Cir.2006) (to establish deliberate indifference based on a delay in treatment, there must be proof that it resulted in further significant injury or the wanton infliction of pain); *see also Nelson v. Pima*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Cmty. Coll.*, 83 F.3d 1075, 1081–82 (9th Cir.1996) ("[M]ere allegation and speculation do not create a factual dispute for purposes of summary judgment.").

**AFFIRMED.**

Before ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.